George Wahlheimer, Appellant, v. William Bianchi and Others, Respondents. — Judgment modified by striking out extra allowance, and as modified affirmed, without costs. No opinion. Settle order on notice.

Robert Taggart, Jr., Respondent, v. The Manhattan Railway Company and Interborough Rapid Transit Company, Appellants.— Judgment affirmed, with costs. No opinion.

Samuel M. Reiss, as Trustee in Bankruptcy of William F. Rohrig, Appellant, v. Max S. Boehm and Others, Respondents, Impleaded with Isaac Boehm.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Gustavus L. Stuebner, Respondent, v. Henry L. Herbert, Appellant.— Judgment and order affirmed, with costs. No opinion. Scott, J., dissenting.

In the Matter of Proving the Last Will and Testament of Walter Weston, Deceased, as a Will of Real and Personal Property. De Coppet & Co., Composed of Frederic De Coppet and Others, Appellant; Josephine B. Weston and Others, Respondents.— Decree affirmed, with costs. No opinion.

Tilbert Meyer, Respondent, v. Consolidated Ice Company, Appellant.— Judgment affirmed, with costs, and appeal from order dismissed. No opinion.

George W. Day, Respondent, v. Marc Klaw and Abraham L. Erlanger, Appellants.— Determination affirmed, with costs. No opinion.

Philip O'Connor, Respondent, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant, Impleaded with Thomas Harrington's Sons Company and Others.— Judgment and order affirmed, with costs. No opinion. Ingraham and Laughlin, JJ., dissenting.

The Lancaster Trust Company, Appellant, v. Henry L. Sprague, Respondent. — Judgment modified by striking out extra allowance, and as modified affirmed, without costs. No opinion. Settle order on notice.

The Lancaster Trust Company, Appellant, v. Arthur H. Flint, Respondent, Impleaded with William C. Jones.— Judgment and order affirmed, with costs. No opinion.

Phillip T. Brown, Appellant, v. Edward J. Duggan and John F. Shaughnessy, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Mary Powell and Others, Appellants, v. The Farmers' Loan and Trust Company, as Trustee under the Last Will and Testament of Catharine Ann Ten Eyck, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.

Joseph Buellesbach and Others, Respondents, v. William Henderson, Appellant.— Judgment affirmed, with costs. No opinion.

John Boyle & Company, Incorporated, Respondent, v. Phoebe A. D. Boyle and John H. B. Boyle, Individually and as Executors and Trustees under the Last Will and Testament of John Boyle, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Julius Illis, Appellant, v. The Warden of State's Prison at Ossining, Respondent.— Order affirmed. No opinion.

Ellen Perry and John F. McDonald, as Committee, etc., of Sarah A. Davis, an